1

2

3                    UNITED STATES DISTRICT COURT

4                         DISTRICT OF NEVADA

5

6    LUCIA RAMOS-QUIRARTE,                    Case No.: 2:23-cv-01778-RFB-NJK

            Plaintiff,

7                                             **ORDER**

        v.

8
     BETTY T. OMANDAC, et al.,

9
            Defendants.

10

11        Plaintiff Lucia Ramos-Quirarte, who was previously in the custody of the Nevada

12   Department of Corrections, filed a complaint in state court, which Defendants have removed to

13   this Court.  Docket Nos. 1, 1-2.  It appears from the documents and the removal statement that

14   removal to federal court was proper.

15        Federal courts must conduct a preliminary screening in any case in which an incarcerated

16   person seeks redress from a governmental entity or officer or employee of a governmental entity.

17   See 28 U.S.C. § 1915A(a).  However, based on the allegations in the complaint, it appears that

18   Plaintiff was no longer incarcerated when she filed the complaint.  Docket No. 1-2.  As such, the

19   screening requirements of 28 U.S.C. § 1915A do not apply to this case.  *See Olivas v. Nevada ex*

20   *rel. Dep't of Corr.*, 856 F.3d 1281, 1284 (9th Cir. 2017) (holding "that a court may screen a

21   complaint pursuant to 28 U.S.C. § 1915A only if, at the time the plaintiff files the complaint, he is

22   'incarcerated or detained'").  Accordingly, this case is removed from the screening pool and will

23   proceed according to standard litigation practices.

24   ///

25   ///

26   ///

27   ///

28

1       Accordingly, for the reasons stated above,

2       IT IS ORDERED that the Court will not screen the complaint, and this case will proceed

3 along a standard litigation track.

4       DATED:   December 8, 2023.

 

 

 

                        NANCY J. KOPPE
                        UNITED STATES MAGISTRATE JUDGE