# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA RAMOS-QUIRARTE, | Case No. 2:23-cv-01778-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

On January 4, 2024, the Court denied Defendants' motion to stay discovery and ordered that a joint proposed discovery plan must be filed by January 17, 2024. Docket No. 17. Although Defendants filed an objection and a motion to stay operation of that order, which remain pending, Docket Nos. 18, 19,[1] neither circumstance alleviates the duty to comply with the order to file a joint proposed discovery plan:

> It is well-established law that the filing of an objection to a magistrate judge's order on a non-dispositive motion does not automatically stay that order's operation. It is also axiomatic that the filing of a motion to stay does not impact the obligation to proceed; only an order granting such relief imposes a stay.

*PlayUp, Inc. v. Mintas*, 635 F. Supp. 3d 1087, 1093-94 (D. Nev. 2022) (quotations and citations omitted). Accordingly, the parties are **ORDERED** to file a joint discovery plan by February 5, 2024. **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: January 29, 2024

Nancy J. Koppe
United States Magistrate Judge

---

[1] On January 24, 2024, United States District Judge Richard F. Boulware, II denied Defendants' request for emergency consideration of their motion to stay operation of the undersigned's order pending resolution of their objection. Docket No. 20.

1