AARON D. FORD
  Attorney General
JESSICA E. WHELAN (Bar No. 14781)
  Deputy Solicitor General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-7629 (phone)
(702) 486-3773 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA RAMOS-QUIRARTE,<br><br>            Plaintiff,<br><br>v.<br><br>STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA *ex. rel.* NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF FORESTRY; BETTY T. OMANDAC, an individual; MONIQUE K. LIEFERT, an individual; AMANDA J. HOPKINS, an individual; CHRISTOPHER W NEHLS, an individual; SHELLLYANN WEIGERT, an individual; DOES I to X, inclusive; and DOES XI to XX, inclusive; collectively,<br><br>            Defendants. | Case No.  2:23-cv-01778-RFB-NJK<br><br>**JOINT MOTION TO EXTEND DISCOVERY DEADLINES 60 DAYS**<br><br>**[FIRST REQUEST]** |

Plaintiff Lucia Ramos-Quirarte, by and through counsel, and Defendants State of Nevada *ex rel.* Nevada Department of Corrections ("NDOC"); Betty T. Omandac; Monique K. Liefert; Amanda J. Hopkins; Christopher W. Nehls; and Shellyann Weigert, by and through counsel, hereby submit this Joint Motion To Extend Discovery Deadlines 60 Days. This Motion is made pursuant to the Federal Rule of Civil Procedure 6(b)(1)(A), and it is

based upon the following Memorandum of Points and Authorities and all other pleadings and files contained herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

### I. NATURE OF THE MOTION

Good cause exists to extend the discovery deadlines in this matter.

### II. BRIEF STATEMENT OF THE CASE

Plaintiff filed a civil rights complaint alleging that Defendants were deliberately indifferent to her medical needs in violation of the Eighth Amendment and analogous provisions under the Nevada Constitution.[1] On February 6, 2024, this Court issued a scheduling order and set the following deadlines in this matter:[2]

- Initial disclosures: February 16, 2024
- Amend pleadings/ add parties: May 1, 2024
- Initial experts: May 31, 2024
- Rebuttal experts: July 1, 2024
- Discovery cutoff: July 30, 2024
- Dispositive motions: August 29, 2024
- Joint proposed pretrial order: September 30, 2024, or 30 days after resolution of dispositive motions

### III. DISCUSSION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the court may, for good cause, extend the time in which an act must be done if a request is made before the original time or its extension expires. The proper procedure, when additional time for any purpose is needed, is to present request for extension of time before time then fixed for the purpose in question has expired.[3] Extensions of time may always be asked for and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule.[4] Under Local Rule 26-3, "[a]

---

[1] ECF No. 1-2.
[2] ECF No. 24.
[3] *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D.Pa.1962)
[4] *Creedon v. Taubman*, 8 F.R.D. 268 (N.D.Ohio 1947)

motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must … be supported by a showing of good cause for the extension." In addition, "[a] request made within 21 days of the subject deadline must be supported by a showing of good cause."[5]

At this time, the discovery completed includes the parties exchanging initial disclosures on November 11, 2023 (Plaintiff) and February 16, 2024 (Defendants). Defendants disclosed their initial expert report on May 31, 2024, and Plaintiff disclosed her rebuttal expert report on July 1, 2024. Depositions for Defendants Expert and three of the named Defendants are set to occur during the week of July 22-26. Plaintiff submitted written discovery for which Defendants' responses are due on July 31, 2024. Remaining discovery includes Plaintiff's and her rebuttals expert's depositions along with written discovery (such as requests for admissions and productions). Defendants are expecting to provide supplemental disclosures within the next two weeks.

Plaintiff and Defendants ("the Parties") submit that the facts and the argument contained herein constitute good cause to extend all the discovery deadlines. The Parties are diligently prosecuting this case. The Parties are pursuing settlement discussions, which, if successful, will alleviate the need for additional discovery. In the interest of judicial economy and to keep costs down for the parties, the Parties would like to hold off on taking those depositions until it can be determined whether settlement is possible. This cannot be done without a 60-day extension of the remaining discovery deadlines to allow the deposition of remaining individuals, any discovery related to the supplemental disclosures, and completion of settlement discussions.

The Parties' Motion is made in good faith, without dilatory motive, does not cause undue delay, and provides efficient sequencing of deadlines. This request for additional time is within the 21-day requirement under Local Rule 26-3.

Accordingly, good cause exists for an enlargement of time of the following deadlines by 60 days as follows:

---

[5] Local Rule 26-3.

- Discovery cutoff: September 30, 2024
- Dispositive motions: October 28, 2024
- Joint proposed pretrial order: November 27, 2024, or 30 days after resolution of dispositive motions.

### IV. CONCLUSION

Based upon the foregoing, the Parties respectfully submit that their *Joint Motion to Extend Discovery Deadlines 60 Days* meets good cause and should be granted.

**IT IS SO STIPULATED.**

DATED this 15th day of July 2024.

**GALLIAN WELKER & ASSOCIATES, LC**

/s/ Nathan Lawerence
Nathan E. Lawrence (Bar No. 15060)
Travis N. Barrick (Bar No. 9257).

*Attorneys for Plaintiff*

DATED this 15th day of July 2024.

**AARON D. FORD**
Attorney General

/s/ *Nathan M. Claus*
Jessica E. Whelan (Bar No. 14781)
Deputy Solicitor General
Nathan M. Claus (Bar No. 15889)
Deputy Attorney General

*Attorneys for Defendants*

*IT IS SO ORDERED*

DATED: July 16, 2024

_____
UNITED STATES MAGISTRATE JUDGE