UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA RAMOS-QUIRARTE,<br>    Plaintiff(s),<br>v.<br>STATE OF NEVADA, et al.,<br>    Defendant(s). | Case No. 2:23-cv-01778-RFB-NJK<br>**Order**<br>[Docket No. 53] |

Pending before the Court is Defendants' motion to excuse settlement conference attendance for all individually-named defendants. Docket No. 53. In light of the earlier stipulation on this issue, Docket No. 51, the Court assumes the motion will be unopposed. For good cause shown, the individually-named defendants are not required to participate in the entirety of the settlement conference.[1] However, Defendant Omandac must be available by telephone throughout the settlement conference. Accordingly, the motion to excuse attendance is GRANTED subject to that caveat.

IT IS SO ORDERED.

Dated: April 16, 2025

                                                                 _____
                                                                 Nancy J. Koppe
                                                                 United States Magistrate Judge

---

[1] To be clear, the Court is not persuaded by the contention that the Court cannot readily evaluate how a witness will present at trial during settlement conferences conducted remotely. Docket No. 53 at 3. In the circumstances of this case, however, the Court will nonetheless excuse attendance.

1