AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
JESSICA E. WHELAN (Bar No. 14781)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov
       jwhelan@ag.nv.gov

*Attorneys for Defendants*
*State of Nevada ex rel. Nevada*
*Department of Corrections ("NDOC"),*
*Betty T. Omandac, Monique K. Liefert,*
*Amanda J. Hopkins, Christopher W. Nehls,*
*and Shellyann Weigert*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUCIA RAMOS-QUIRARTE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA *ex. rel.* NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF FORESTRY; BETTY T. OMANDAC, an individual; MONIQUE K. LIEFERT, an individual; AMANDA J. HOPKINS, an individual; CHRISTOPHER W NEHLS, an individual; SHELLLYANN WEIGERT, an individual; DOES I to X, inclusive; and DOES XI to XX, inclusive; collectively,<br><br>Defendants. | Case No. 2:23-cv-01778-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2025 ORDER**<br><br>**[FIRST REQUEST]** |

Parties, by and through counsel, hereby respectfully submit this Stipulation and Order Extending Time for Defendant to file a Reply in Support of Motion for Reconsideration of this Court's Order dated March 31, 2025, ECF No. 55. The underlying

///

motion was filed on April 28, 2025, the response was filed on May 12, 2025, and the reply is currently due on May 19, 2025, to be extended to May 26, 2025.

Defendant's counsel has been actively working on their reply in support of their motion; however, counsel requires a brief extension to complete the reply. Counsel for Defendants is working on providing discovery responses for three cases that are quite extensive and have taken more time than was expected.[1] Two of those cases' discovery is expected to be completed and sent out by May 17, 2025, and the third should be May 23, 2025. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Defendants to file their reply in support of their Motion for Reconsideration should be extended to May 26, 2025.

DATED this 16th day of May 2025.

**LAWRENCE & LAWRENCE LAW, PLLC**

/s/ Nathan E. Lawrence
Nathan E. Lawrence, NBN 15060
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
*Attorneys for Plaintiff*

DATED this 16th day of May 2025.

**AARON D. FORD**
Attorney General

/s/ Nathan M. Claus
Nathan M. Claus, NBN 15889
Deputy Attorney General
Jessica E. Whelan (Bar No. 14781)
Deputy Solicitor General
State of Nevada
Office of the Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE

---

[1] Those cases are *Wolf v. State of Nevada, ex. rel. Nevada Department Of Corrections, et al*: USDC 3:22-cv-00308-MMD-CSD (consolidated with *Santana v. v. State of Nevada, ex. rel. Nevada Department Of Corrections, et al*: - USDC 3:23-cv-00395-ART-CSD); *McCallister v. Dzurenda* - 2:24-cv-01440-GMN-BNW; and *Galbraith v. Minev* - USDC 2:21-cv-00932-RFB-DJA. All four offenders are represented by counsel in these cases.