1  AARON D. FORD
   Attorney General
2  NATHAN M. CLAUS (Bar No. 15889)
   Deputy Attorney General
3  JESSICA E. WHELAN (Bar No. 14781)
   Deputy Solicitor General
4  State of Nevada
   Office of the Attorney General
5  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
6  (702) 486-7629 (phone)
   (702) 486-3768 (fax)
7  Email: nclaus@ag.nv.gov
         jwhelan@ag.nv.gov
8
   *Attorneys for Defendants*
9  *State of Nevada ex rel. Nevada*
   *Department of Corrections ("NDOC"),*
10 *Betty T. Omandac, Monique K. Liefert,*
   *Amanda J. Hopkins, Christopher W. Nehls,*
11 *and Shellyann Weigert*

12                 **UNITED STATES DISTRICT COURT**

13                        **DISTRICT OF NEVADA**

14 | LUCIA RAMOS-QUIRARTE,                        | Case No. 2:23-cv-01778-RFB-NJK |

15 |            Plaintiff,                        |                                |

16 | v.                                           |                                |

17 | STATE OF NEVADA *ex rel.* NEVADA             | **STIPULATION AND ORDER TO**   |
   | DEPARTMENT OF CORRECTIONS;                   | **EXTEND DEADLINE FOR**        |
18 | STATE OF NEVADA *ex. rel.* NEVADA            | **DEFENDANTS TO FILE A REPLY IN** |
   | DEPARTMENT OF CONSERVATION AND               | **SUPPORT OF MOTION TO STAY**  |
19 | NATURAL RESOURCES, DIVISION OF               | **CASE ECF NO. 65**            |
   | FORESTRY; BETTY T. OMANDAC, an               |                                |
20 | individual; MONIQUE K. LIEFERT, an           | **[FIRST REQUEST]**            |
   | individual; AMANDA J. HOPKINS, an            |                                |
21 | individual; CHRISTOPHER W NEHLS, an          |                                |
   | individual; SHELLLYANN WEIGERT, an           |                                |
22 | individual; DOES I to X, inclusive; and      |                                |
   | DOES XI to XX, inclusive; collectively,      |                                |
23 |                                              |                                |
24 |            Defendants.                       |                                |

25     The Parties, by and through counsel, hereby respectfully submit this Stipulation and

26 Order Extending the Time for Defendants to file a Reply in Support of their Motion to Stay

27 the case, ECF No. 65.

28 ///

The underlying motion was filed on June 18, 2025, the response was filed on July 2, 2025, and the reply is currently due on July 9, 2025, which the parties agree should be extended to July 11, 2025.

Defendants' counsel has been actively working on their reply in support of the motion; however, counsel requires a brief extension to complete the reply. The parties have conferred, and based on the circumstances agree the interests of justice would be served by this request for a two-day extension of time. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Defendants to file their reply in support of their Motion for Stay should be extended to July 11, 2025.

DATED this 8th day of July, 2025.

**LAWRENCE & LAWRENCE LAW, PLLC**

/s/ Nathan E. Lawrence
NATHAN E. LAWRENCE
(NBN 15060)
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
*Attorneys for Plaintiff*

DATED this 8th day of July, 2025.

**AARON D. FORD**
Attorney General

/s/ Nathan M. Claus
NATHAN M. CLAUS (NBN 15889)
Deputy Attorney General
Jessica E. Whelan (Bar No. 14781)
Deputy Solicitor General
State of Nevada
Office of the Attorney General
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: July 9, 2025.