AARON D. FORD
Attorney General
Jessica E. Whelan (Bar No. 14781)
Chief Deputy Solicitor General – Litigation
Erven T. Nelson (Bar No. 2332)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
enelson@ag.nv.gov

*Attorneys for State of Nevada ex rel. Nevada Department of Corrections ("NDOC"), Betty T. Omandac, Monique K. Liefert, Amanda J. Hopkins, Christopher W. Nehls, and Shellyann Weigert*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LUCIA RAMOS-QUIRARTE,

Plaintiff,

vs.

STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA ex. rel. NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF FORESTRY; BETTY T. OMANDAC, an individual; MONIQUE K. LIEFERT, an individual; AMANDA J. HOPKINS, an individual; CHRISTOPHER W NEHLS, an individual; SHELLLYANN WEIGERT, an individual; DOES I to X, inclusive; and DOES XI to XX, inclusive; collectively,

Defendants.

Case No. 2:23-cv-01778-RFB-NJK

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

Pursuant to LR IA 11-6, Defendants, by and through their counsel of record, hereby submit this motion. Jessica E. Whelan no longer serves as counsel for Defendants, State of Nevada ex rel. Nevada Department of Corrections ("NDOC"), Betty T. Omandac, Monique K. Liefert, Amanda J. Hopkins, Christopher W. Nehls, and Shellyann Weigert, in this

matter. Thus, it is requested that Ms. Whelan be withdrawn from this matter and removed from the CM/ECF service list (jwhelan@ag.nv.gov) and any other service lists for this matter.

Defendants will continue to be represented by their counsel of record by the Attorney General's Office and Erven T. Nelson, Deputy Attorney General.

Dated this 31st day of July, 2026.

AARON D. FORD
Attorney General

By: */s/ Jessica E. Whelan*

Jessica E. Whelan (Bar No. 14781)
Chief Deputy Solicitor General - Litigation
Erven T. Nelson (Bar No. 2332)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
enelson@ag.nv.gov

*Attorneys for State of Nevada ex rel. Nevada Department of Corrections ("NDOC"), Betty T. Omandac, Monique K. Liefert, Amanda J. Hopkins, Christopher W. Nehls, and Shellyann Weigert*

IT IS SO ORDERED.
Dated: August 3, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge